```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 49628
   ROMMELL ENIEL WESLEY BAILEY
   HATTIE DELISHA BAILEY                     CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9599     SSN XXX-XX-1690

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/09/2003 and was confirmed 03/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED             500.00          59.87         500.00
BEST BUY                  SECURED            1000.00         129.76        1000.00
ATLANTIC CREDIT & FINANC  UNSECURED          2205.01            .00         220.50
GATEWAY CITICORP          SECURED             500.00          60.23         500.00
MEADOWS CREDIT UNION      SECURED           12500.00        3256.48       12500.00
MEADOWS CREDIT UNION      UNSECURED          2347.00            .00         234.70
BANK ONE NA               CURRENT MORTG     52630.30            .00       52630.30
BANK ONE NA               MORTGAGE ARRE      8183.58            .00        8183.58
WHITEHALL JEWELERS        SECURED NOT I         .00             .00            .00
ADT SECURITY SYSTEMS      UNSECURED         NOT FILED           .00            .00
BP OIL/AMOCO              UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED           929.28            .00          92.93
CAPITAL ONE BANK          UNSECURED           663.89            .00          66.39
CAPITAL ONE BANK          UNSECURED           881.31            .00          88.13
CHASE                     UNSECURED         NOT FILED           .00            .00
CITGO PLUS                UNSECURED         NOT FILED           .00            .00
FINGERHUT                 UNSECURED         NOT FILED           .00            .00
US BANK                   FILED LATE         4333.34            .00            .00
THE GM CARD               UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED           843.57            .00          84.36
ECAST SETTLEMENT CORP     UNSECURED           396.99            .00          39.70
MCI                       UNSECURED         NOT FILED           .00            .00
PRIMECO                   UNSECURED         NOT FILED           .00            .00
RETAILERS NATIONAL BANK   UNSECURED           209.75            .00          20.98
ROGERS & HOLLANDS         UNSECURED           180.19            .00          18.02
ECAST SETTLEMENT CORP     UNSECURED           566.86            .00          56.69
RESURGENT ACQUISITION LL  UNSECURED          2687.22            .00         268.72
SPIEGEL CHARGE            UNSECURED         NOT FILED           .00            .00
T-MOBILE BANKRUPTCY       UNSECURED           614.64            .00          61.46
ASSET ACCEPTANCE CORP     UNSECURED           724.33            .00          72.43
ECAST SETTLEMENT CORP     UNSECURED           727.85            .00          72.79
RESURGENT CAPITAL SERVIC  UNSECURED           697.25            .00          69.73

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 49628 ROMMELL ENIEL WESLEY BAILEY & HATTIE DELISHA BAILEY
```

```
WORLDWIDE ASSET PURCHASI  UNSECURED         2573.35              .00         257.34
AMERICAN GENERAL FINANCE  UNSECURED         1240.97              .00         124.10
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                          4,877.71
DEBTOR REFUND             REFUND                                           3,981.46

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              92,228.36

PRIORITY                                        .00
SECURED                                   75,313.88
    INTEREST                               3,506.34
UNSECURED                                  1,848.97
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                       4,877.71
DEBTOR REFUND                              3,981.46
                   ---------------      ---------------
TOTALS               92,228.36            92,228.36
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
      Dated: 03/27/08           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                        PAGE   2
      CASE NO. 03 B 49628 ROMMELL ENIEL WESLEY BAILEY & HATTIE DELISHA BAILEY